# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRE RONDEL MILLER,
　　　　　　　　　Appellant,

vs.

THE STATE OF NEVADA,
　　　　　　　　　Respondent.

No. 73836

FILED

DEC 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Appellant's counsel has filed a notice of withdrawal of appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Because no remittitur will issue in this matter, see NRAP 42(b), the one-year period for filing a postconviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

17-44250

cc: Hon. Tierra Danielle Jones, District Judge
Tre Rondel Miller
Law Office of John G. George
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk